# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00469-CV

### E. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY
NO. 320,567-B, THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant E. G. filed his notice of appeal on August 1, 2022. The appellate record was complete on August 18, 2022, making appellant's brief due on September 7, 2022. On September 7, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Yolanda Cortes Mares to file appellant's brief no later than September 27, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 15, 2022.


Before Chief Justice Byrne, Justices Triana and Smith